**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| _____ ) | |
| TIFFANY PFLUM, *individually and on* ) | |
| *behalf of all others similarly situation,* ) | |
| ) | Case No. 1:20−cv−375 |
| Plaintiff, ) | |
| ) | Hon. Paul L. Maloney |
| v. ) | |
| ) | |
| MUNSON HEALTHCARE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

This matter having come before the Court on the stipulation of the parties; the parties stipulate as follows:

1.      Plaintiff filed her class action complaint on April 30, 2020.

2.      Plaintiff served the complaint on or around June 11, 2020.

3.      Defendant requested, and Plaintiff consented, to have until July 24, 2020, to answer or otherwise respond to the complaint.

4.      This is Defendant's first request for an extension to answer or otherwise respond to the complaint; the request is being made in good faith and not for purposes of delay. There will be no prejudice to Plaintiff as a result of the requested extension.

The Court being fully advised of the premises;

**IT IS HEREBY ORDERED THAT** Defendant MUNSON HEALTHCARE shall have until July 24, 2020 to answer or otherwise respond to Plaintiff's complaint.

{8923196:2 }

Dated:  July 1, 2020

   /s/ Paul L. Maloney

Hon. Paul L. Maloney


Stipulated to July 1, 2020

**KREIS ENDERLE, P.C.**

*/s/Jesse L. Young (with consent)*

Jesse L. Young (P72614)
8225 Moorsbridge
P.O. Box 4010
Kalamazoo, MI 49003
Tel: (269) 321-2311
jyoung@kreisenderle.com

*Counsel for Plaintiff and the Class*

**MCDONALD HOPKINS LLC**

*/s/Timothy J. Lowe*

Timothy J. Lowe (P68669)
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com

*Counsel for Defendant*