# UNITED STATES DISTRICT COURT
# FOR THE WERSTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIFFANY PFLUM, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MUNSON HEALTHCARE,<br><br>Defendant. | Case No. 1:20-cv-00375<br><br>Hon. Judge Paul L. Maloney |

## RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Tiffany Pflum dismisses her claims without prejudice.

Date: July 21, 2020

Respectfully submitted,

*/s/Jesse L. Young*
Jesse L. Young (P72614)
**KREIS ENDERLE, P.C.**
8225 Moorsbridge
P.O. Box 4010
Kalamazoo, MI 49003
Tel: (269) 321-2311
jyoung@kreisenderle.com

Nicholas A. Milgiaccio
Jason S. Rathod
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Ste. 302
Washington, DC 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601

Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

*Counsel for Plaintiff and the Class*